IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM LEON ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-CV-49-WKW |
| | ) | (WO) |
| RALPH HOOKS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On March 7, 2006, the Magistrate Judge filed a Recommendation (Doc. # 22) in this case, finding that the plaintiff's petition for habeas corpus relief is due to be dismissed. The plaintiff filed an objection on March 22, 2006 (Doc. # 23).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection is OVERRULED.

2. The Recommendation of the Magistrate Judge is ADOPTED.

3. The plaintiff's petition for habeas corpus relief (Doc. # 1) is DISMISSED with prejudice as procedurally time-barred.

An appropriate judgment will be entered.

DONE this the 6th day of April, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE